ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6617
 Fax: (916) 731-2124
 E-mail: Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendant California Secretary
of State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL ISSA,**<br><br>                        Plaintiff,<br><br>    v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of California,**<br><br>                        Defendant. | 25-cv-00598-AGS-JLB<br><br>**JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>*(Declaration of Jennifer E. Rosenberg filed concurrently herewith)*<br><br>Dept.           5C<br>Judge:         Hon. Andrew G. Schopler<br>Trial Date:   None set yet<br>Action Filed: March 13, 2025<br>Action Served: March 17, 2025 |

1       Plaintiff Darrell Issa and Defendant Shirley N. Weber (in her official capacity
2  as Secretary of State of California), through their respective counsel of record and
3  pursuant to Local Rules 7.1 and 7.2, hereby jointly move the Court to extend the
4  deadline for Defendant to respond to the Complaint filed in this action by six
5  weeks, from April 7, 2025 to May 19, 2025.  This joint motion is supported by the
6  concurrently filed declaration of Jennifer E. Rosenberg (counsel for Defendant).
7       The operative Complaint (Dkt. 1) was served upon Defendant on March 17,
8  2025.  *See* Dkt. 3.  Under the Federal Rules of Civil Procedure, Defendant's
9  response to the Complaint is currently due to be filed no later than April 7, 2025.
10 *See* Fed. R. Civ. Proc. 12(a) & (b).
11      Good cause exists to grant the requested extension of time.  On March 26,
12 2025, counsel for the parties met and conferred via videoconference to discuss
13 scheduling for this matter.  *See* Declaration of Jennifer E. Rosenberg ¶ 6.
14      Counsel for Defendant, Deputy Attorney General Jennifer Rosenberg, will be
15 out of the country on a prepaid vacation March 28-April 1, 2025.  *Id.* ¶ 7.  Counsel
16 for Defendant also has an existing brief deadline for one state court matter and
17 substantive hearings in two state court matters on April 8 and 15, 2025.  *Id.* ¶ 8.
18      In light of these conflicts, the parties agree that extending the deadline for
19 Defendant to respond to the Complaint will permit the parties to more fully address
20 the important issues raised in this matter.  *Id.* ¶ 9.  The parties have not previously
21 requested any deadline modifications in this matter.  *Id.* ¶ 10.
22      WHEREFORE:
23      The parties, through their respective counsel, jointly request that the Court
24 grant the Defendant an extension of six weeks to respond to the operative
25 Complaint (Dkt. 1), to and including May 19, 2025.  A proposed order will be
26 lodged with the Court concurrently with the submission of this joint motion.
27
28

2
Joint Motion to Extend Defendant's Time to Respond to Complaint  (25-cv-00598-AGS-JLB)

| | | |
|---|---|---|
| 1 | Dated: March 27, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANYA M. BINSACCA<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ Jennifer E. Rosenberg*<br>JENNIFER E. ROSENBERG |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendant California* |
| 8 | | *Secretary of State Shirley N. Weber* |
| 9 | | |
| 10 | | ROBERT PATRICK STICHT<br>JUDICIAL WATCH, INC. |
| 11 | | |
| 12 | | */s/ Eric Lee*_____<br>ERIC LEE |
| 13 | | *Attorneys for Plaintiff Darrell Issa* |

1  **Certification re: Electronic Signatures Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(f)(4)**

2

3  I, Jennifer E. Rosenberg, hereby certify and attest that the content of this
4  document is acceptable to all persons required to sign the document and that I have
5  obtained authorization for use of the electronic signatures of all parties on the
6  document, including Mr. Eric Lee, Attorney for Plaintiff.

7

8  Dated: March 27, 2025

9

10

11                                          */s/ Jennifer E. Rosenberg*
                                        JENNIFER E. ROSENBERG
12                                          Deputy Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28