1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA
   Supervising Deputy Attorney General
3  JENNIFER E. ROSENBERG
   Deputy Attorney General
4  State Bar No. 275496
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6617
6   Fax:  (916) 731-2124
    E-mail:  Jennifer.Rosenberg@doj.ca.gov
7  *Attorneys for Defendant California Secretary*
   *of State Shirley N. Weber*

8

9            IN THE UNITED STATES DISTRICT COURT

             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11

12

13  **DARRELL ISSA,**                         25-cv-00598-AGS-JLB

14                          Plaintiff,        **DECLARATION OF JENNIFER E.**
                                              **ROSENBERG IN SUPPORT OF**
15               **v.**                        **JOINT MOTION TO EXTEND**
                                              **DEFENDANT'S TIME TO**
16                                            **RESPOND TO COMPLAINT**
    **SHIRLEY N. WEBER, in her official**
17        **capacity as Secretary of**
          **State of California,**             Dept.        5C
18                                            Judge:       Hon. Andrew G. Schopler
                            Defendant.        Trial Date:   None set yet
19                                            Action Filed:  March 13, 2025
                                              Action Served:  March 17, 2025
20

21

22

23

24

25

26

27

28
                                    1

I, Jennifer E. Rosenberg, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California.  I am authorized to appear before the above-entitled Court.  I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice.  I am assigned to represent Defendant Shirley N. Weber, in her official capacity as Secretary of State of California, in this action.

2.    I am Defendant's primary counsel.

3.    Good cause exists to grant the parties' Joint Motion Joint Motion to Extend Defendant's Time to Respond to Complaint, which requests that the Court issue an order extending by six weeks Defendant's deadline to file a response to the currently operative Complaint in this matter, to and including May 19, 2025.

4.    The operative Complaint was served upon Defendant on March 17, 2025.

5.    Under the Federal Rules of Civil Procedure, Defendant's response to the Complaint is currently due to be filed no later than April 7, 2025.  *See* Fed. R. Civ. Proc. 12(a) & (b).

6.    On March 26, 2025, counsel for the parties met and conferred via videoconference to discuss scheduling for this matter.

7.    I will be out of the country on a prepaid vacation from March 28-April 1, 2025.

8.    I also have an existing brief deadline for one state court matter and substantive hearings in two state court matters on April 8 and 15, 2025.

9.    In light of these conflicts, the parties agree that extending the deadline for Defendant to respond to the Complaint will permit the parties to more fully address the important issues raised in this matter.

10.    The parties have not previously requested any deadline modifications in this matter.

Declaration of Jennifer E. Rosenberg ISO Joint Motion to Extend Defendant's Time to Respond to Complaint  (25-cv-00598-AGS-JLB)

1    I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the

2    United States and of the State of California that the foregoing is true and correct of

3    my own knowledge, and that this declaration is executed on this 27th day of

4    March, 2025 at Los Angeles, California.

5

6    _____

7    JENNIFER E. ROSENBERG
     Deputy Attorney General
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Jennifer E. Rosenberg ISO Joint Motion to Extend Defendant's Time to Respond
to Complaint  (25-cv-00598-AGS-JLB)