Curtis Lee Morrison, Esq. (CSBN 321106)
Hamdy Masri (CSBN 354242)
Garrett Carter May (DCBN 90018027)*
RED EAGLE LAW, L.C.
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
phone: 714-661-3446
Email: curtis@redeaglelaw.com

*Attorneys for Intervenor Defendant*
* Application for Admission *Pro Hac Vice* Forthcoming

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of California,<br><br>Defendant. | Case No. 3:25-cv-00598-AGS-JLB<br><br>**Notice and Motion to Intervene**<br><br>Hearing Date:<br>May 16, 2025 at 2:00 PM<br>COURTROOM 5C<br>HON. ANDREW G. SCHOPLER |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 24(a), Proposed Intervenor-Defendant CURTIS MORRISON ("Proposed Intervenor-Defendant")[1] moves the Court for an order allowing him to intervene as defendants in this case as of right with full rights as a party. In the alternative, Proposed Intervenor-Defendant moves the Court for an order allowing him to intervene permissively pursuant to Fed. R. Civ. P. 24(b) with the same rights as a party. Proposed Intervenor-Defendant has cleared a hearing date on the motion for May 16, 2025 at 2:00 PM.

Pursuant to Civil Chambers Rule 5(a), the Proposed Intervenor-Defendant conferred with counsel for Defendant SHIRLEY N. WEBER, Secretary of State of California, via videoconference on March 25, 2025, and she takes no position on Intervenor-Defendant's motion to intervene.

Further, the Proposed Intervenor-Defendant conferred with counsel for Plaintiff DARRELL ISSA via videoconference on April 1, 2025, and he opposes Intervenor-Defendant's motion to intervene.

---

[1] Intervenor-Defendant CURTIS MORRISON, being an admitted member of this court, co-represents himself in this matter.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Date: April 1, 2025 | |
| 5 | | */s/ Curtis Lee Morrison* |
| 6 | | Curtis Lee Morrison (SBN 321106) |
| 7 | | |
| 8 | | Hamdy Masri (CSBN 354242) |
|   | | Garrett Carter May (DCBN 90018027)* |
| 9 | | Red Eagle Law, L.C. |
| 10 | | 5256 S. Mission Road, Suite 135 |
| 11 | | Bonsall, CA 92003 |
| 12 | | curtis@redeaglelaw.com |
| 13 | | *Attorney for Intervenor Defendant* |
| 14 | | * Application for Admission *Pro Hac Vice* Forthcoming |

## CERTIFICATE OF SERVICE

On the below date, I electronically filed the **Notice and Motion to Intervene** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System.

The Courts CM/ECF System will send an electronically email all noticed parties to the action who are registered with the Court's CM/ECF System.

However, as Defendant has not yet made an appearance, I will serve her separately via Certified Mail.

Dated: April 1, 2025

*/s/ Curtis Lee Morrison*
_____
Curtis Lee Morrison

*Attorney for Intervenor Defendant*