ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendant California Secretary of State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL ISSA,**<br><br>                  Plaintiff,<br><br>    v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of California,**<br><br>                  Defendant. | 25-cv-00598-AGS-JLB<br><br>**DEFENDANT'S UNOPPOSED MOTION TO APPEAR REMOTELY AT THE MAY 16, 2025 HEARING REGARDING MOTIONS FOR INTERVENTION**<br><br>Dept.:      5C<br>Judge:     Hon. Andrew G. Schopler<br>Trial Date:  None set yet<br>Action Filed:  March 13, 2025<br>Action Served:  March 17, 2025 |

1

Defendant's Unopposed Motion to Appear Remotely at the May 16, 2025 Hearing Regarding Motions For Intervention  (25-cv-00598-AGS-JLB)

Defendant Dr. Shirley N. Weber, in her official capacity as Secretary of State of California and through her counsel of record, hereby moves unopposed for leave for her counsel to appear remotely via videoconference at the hearing on Proposed Intervenors' motions to intervene, which is scheduled to take place on Friday, May 16, 2025, at 2 p.m. in Department 5C.  ECF Nos. 6, 7, 8.

Good cause exists to grant this request.  Counsel for Defendant, Deputy Attorney General Jennifer Rosenberg, is most familiar with the legal issues in this case.  Ms. Rosenberg is assigned to work in the California Department of Justice's Los Angeles, California office and resides in Los Angeles.  In addition, Defendant has taken no position on the pending motions to intervene, and thus Ms. Rosenberg does not plan to present argument during the hearing.  In light of these facts, permitting Ms. Rosenberg to appear remotely would promote efficiency and conserve government resources that would have to be expended if Ms. Rosenberg was required to travel to the hearing.

Ms. Rosenberg met and conferred via videoconference with Mr. Curtis Morrison, Ms. Lalitha Madduri, and Mr. Ari Savitzky (counsel for Proposed Intervenors) and Mr. Eric Lee and Mr. Russell Nobile (counsel for Plaintiff), on April 29 and 30 and May 2 and 6, 2025.  Counsel for Proposed Intervenors and counsel for Plaintiff all stated that they do not oppose this request to appear remotely.  No party will suffer any prejudice if Ms. Rosenberg is permitted to appear via videoconference.

WHEREFORE:

Defendant respectfully requests that the Court grant Ms. Rosenberg's request to appear remotely via videoconference at the May 16, 2025 hearing on Proposed Intervenors' motions to intervene.  A proposed order granting this unopposed motion will be lodged with the Court.

2

Defendant's Unopposed Motion to Appear Remotely at the May 16, 2025 Hearing Regarding Motions For Intervention  (25-cv-00598-AGS-JLB)

| | | |
|---|---|---|
| 1 | Dated: May 7, 2025 | Respectfully submitted, |

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Jennifer E. Rosenberg*
JENNIFER E. ROSENBERG
Deputy Attorney General
*Attorneys for Defendant California Secretary of State Shirley N. Weber*

3

Defendant's Unopposed Motion to Appear Remotely at the May 16, 2025 Hearing Regarding Motions For Intervention  (25-cv-00598-AGS-JLB)