ERIC LEE (SBN 327002)
ROBERT PATRICK STICHT (SBN 138586)
T. RUSSELL NOBILE*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Tel.: (202) 646-5172
Facs.: (202) 646-5199
EMAIL: ELEE@JUDICIALWATCH.ORG
EMAIL: RSTICHT@JUDICIALWATCH.ORG
EMAIL: RNOBILE@JUDICIALWATCH.ORG

* *Admitted pro hac vice*

*Attorneys for Plaintiff Darrell Issa*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL ISSA,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of California,**<br><br>Defendant,<br><br>**LEAGUE OF WOMEN VOTERS OF CALIFORNIA, CALIFORNIA ALLIANCE FOR RETIRED AMERICANS, VET VOICE, AND CURTIS MORRISON,**<br><br>Intervenor-Defendants. | 25-cv-598-AGS-JLB<br><br>**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE**<br><br>Dept.   5C<br>Judge:  Hon. Andrew G. Schopler |

The Court's minute entry entered on May 16, 2025 (ECF 35) directed all Parties to meet, confer, and report back to the Court regarding a briefing schedule for anticipated motions. Plaintiff Congressman Issa herein advises the Court that the Parties met and conferred via videoconference on Monday, May 19, and agreed on the below proposed briefing schedule for Defendants' and Intervenor-Defendants' Motions to Dismiss and Plaintiff's Motion for Preliminary Injunction.

Accordingly, the Parties now propose the following schedule:

1) Any motion to dismiss or motion for preliminary injunction shall be filed on or before Wednesday, June 11, 2025.

2) Any opposition to the motions to dismiss and motion for preliminary injunction shall be filed on or before Monday, July 28, 2025.

3) Any replies in support of the original motions shall be filed on or before Wednesday, August 27, 2025.

4) Subject to the Court's availability, the Parties propose a hearing date on these motions on the following days: September 10-12, 2025, September 15-17, 2025, or on or after September 22, 2025.

Dated: May 30, 2025                     Respectfully submitted,

/s/ Russ Nobile
T. RUSSELL NOBILE
ERIC LEE (SBN 327002)
ROBERT PATRICK STICHT
JUDICIAL WATCH, INC.
425 THIRD STREET SW, SUITE 800
WASHINGTON, D.C. 20024
TEL.: (202) 646-5172
FACS.: (202) 646-5199
EMAIL: ELEE@JUDICIALWATCH.ORG
EMAIL: RSTICHT@JUDICIALWATCH.ORG

*Attorneys for Plaintiff Darrell Issa*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

/s/ Jennifer E. Rosenberg
JENNIFER E. ROSENBERG
Deputy Attorney General

*Attorneys for Defendant California Secretary of State Shirley N. Weber*

/s/ Curtis Lee Morrison
CURTIS LEE MORRISON (SBN 321106)
HAMDY MASRI (CSBN 354242)
GARRETT CARTER MAY (DCBN 90018027)*

*Attorneys For Defendant Curtis Morrison*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | /s/ Lalitha D. Madduri |
| | LALITHA D. MADDURI (CA 301236) |
| 4 | JACOB D. SHELLY* |
| | TINA MENG MORRISON* |
| 5 | WILLIAM K. HANCOCK* |
| | ELIAS LAW GROUP LLP |
| 6 | 250 MASSACHUSETTS AVE. NW |
| | SUITE 400 |
| 7 | WASHINGTON, DC 20001 |
| | T: (202) 968-4652 |
| 8 | |
| | MAX SCHOENING (CA 324643) |
| 9 | QUERESHI LAW PC |
| | 700 FLOWER STREET, SUITE 1000 |
| 10 | LOS ANGELES, CA 90017 |
| | T: (213) 600-6096 |
| 11 | |
| | *Admitted pro hac vice |
| 12 | |
| | *Attorneys for Intervenor-Defendants |
| 13 | *Vet Voice Foundation and California |
| | *Alliance of Retired Americans |
| 14 | |
| 15 | |
| 16 | |
| | /s/ Ari J. Savitzky |
| 17 | ARI SAVITZKY (NY 5060181)* |
| | asavitzky@aclu.org |
| 18 | THERESA J. LEE (NY 5022769)* |
| | tlee@aclu.org |
| 19 | SOPHIA LIN LAKIN (NY 5182076)* |
| | slakin@aclu.org |
| 20 | AMERICAN CIVIL LIBERTIES |
| | UNION FOUNDATION |
| 21 | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| 22 | (212) 549-2500 |
| 23 | JULIA A. GOMEZ (SBN 316270) |
| | jagomez@aclu-sdic.org |
| 24 | ACLU FOUNDATION OF SAN |
| | DIEGO & IMPERIAL COUNTIES |
| 25 | P.O. Box 87131 |
| | San Diego, CA 92138-7131 |
| 26 | (619) 398-4199 |
| 27 | SHILPI AGARWAL (SBN 270749) |
| | sagarwal@aclunc.org |
| 28 | ANGELICA SALCEDA (SBN 296152) |

| | |
|---|---|
| 1 | |
| 2 | asalceda@aclunc.org<br>ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 3 | 39 Drumm Street<br>San Francisco, CA 94111<br>(415) 621-2493 |
| 4 | |
| 5 | PETER ELIASBERG (SBN 189110)<br>peliasberg@aclusocal.org |
| 6 | ACLU FOUNDATION OF<br>SOUTHERN CALIFORNIA |
| 7 | 1313 West 8th Street<br>Los Angeles, CA 90017<br>(213) 977-5232 |
| 8 | |
| 9 | *Attorneys for Intervenor-Defendant<br>League of Women Voters of California* |
| 10 | * *Admitted Pro Hac Vice* |